UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
KENDU GERALDS,

        v.

THE CITY OF NEW YORK, NEW
YORK CITY DEPARTMENT OF
SANITATION & VATORE F.
DAMIANO,

              Defendants.

-------------------------------------------------X

                                   **<u>ORDER OF DISMISSAL</u>**
                                   11-cv-5625 (SJ)(VMS)

A P P E A R A N C E S

WEITZMAN LAW OFFICES, L.L.C.
110 Wall Street
Floor 11
New York, NY 10005
By:    Raphael Weitzman
*Attorneys for Plaintiff*

NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007
By:    Howard Eison
*Attorneys for Defendants*

LAW OFFICE OF JAMES TOOMEY
485 Lexington Avenue
7th Floor
New York, NY 10017
By:    Evy L. Kazansky
*Attorneys for Third Party Defendants*

JOHNSON, Senior District Judge,

      Having been advised by the parties at the Court's last conference on June 26, 2013 that

the Plaintiff intends on commencing the instant action in New York state court,

It is therefore ORDERED by the Court that this action is dismissed without prejudice.

SO ORDERED.


DATED:  August 26, 2013                    _____/s/_____
        Brooklyn, New York                        Sterling Johnson, Jr, U.S.D.J.